IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. **5:06-CR-50019-001** |
| | ) | |
| **MATTHEW BUESCHER,** | ) | |
| Defendant. | ) | |

# O R D E R

Before the Court is the defendant's <u>Motion for Continuance of Sentencing</u> filed October 4, 2006.

IT APPEARING to the Court that the motion should be granted, it is ORDERED that the motion be, and it is hereby, granted, and the case is reset for sentencing on the <u>6th  day of November, 2006, at 10:30 a.m.</u>

The Court grants this continuance based on its findings that such action will aid in the administration of justice, will serve to foster judicial economy and to preserve valuable judicial resources.

ORDERED this 5th day of October, 2006.

<u>/s/Jimm Larry Hendren</u>
Honorable Jimm Larry Hendren
Chief U.S. District Court Judge